IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESLIE TODD RAY**  **PETITIONER**
Reg. #34161-045

v.   CASE NO. 2:24-CV-00098-BSM

**C. GARRETT, Warden**  **RESPONDENT**
**FCI-Forrest City**

### ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 12] is adopted, Leslie Ray's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice, and the requested relief is denied. *See* 18 U.S.C. § 3585(b); *see also United States v. Hayes*, 535 F.3d 907, 910 (8th Cir. 2008) (when a defendant is "on loan" from the custody of the State pursuant to a writ of habeas corpus *ad prosequendem* and not committed to the custody of the BOP his federal sentence does not commence).

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE