IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESLIE TODD RAY**  PETITIONER
Reg. #34161-045

v.   CASE NO. 2:24-CV-00098-BSM

**C. GARRETT, Warden**  RESPONDENT
**FCI-Forrest City**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE